UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>        Plaintiffs,<br><br>vs.<br><br>Alliance Drywall, Inc. and<br>Brent Meyer, individually,<br><br>        Defendants. | Civil File No. 09-2196 PAM/JJG<br><br><br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL** |

The above-referenced matter came before the District Court upon the parties Stipulation for Dismissal pursuant to Fed. R. Civ. Pro. 41(2). After reviewing the stipulation, and the entire case file, the Court makes the following:

**ORDER**

The above-entitled action may be dismissed with prejudice and without costs to either party.

Date: __April 27___, 2010.

                                                  s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                United States District Court Judge